DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**MARISA C. SMITH,**
Appellant,

v.

**BANK OF NEW YORK MELLON, AS INDENTURE TRUSTEE UNDER INDENTURE DATED AS OF NOVEMBER 5, 2009 OF NATIONSTAR HOME EQUITY LOAN TRUST 2009-A,**
Appellee.

No. 4D19-2701

[January 2, 2020]

Appeal of non-final order from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Susan Lebow, Judge; L.T. Case No. CACE14-18937.

Marisa C. Smith, Miramar, pro se.

Nancy M. Wallace of Akerman LLP, Tallahassee, and William P. Heller of Akerman LLP, Fort Lauderdale, for appellee.

PER CURIAM.

*Affirmed.*

MAY, DAMOORGIAN and KLINGENSMITH, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***